940

No. 80–6059. MITCHELL ET AL. v. SUPERIOR COURT FOR THE COUNTY OF SANTA CLARA, CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 80–6107. NELSON v. McCARTHY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 80–6135. ISBLE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 80–6146. TSOSIE v. SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 9th Cir. Certiorari denied.

No. 80–6258. DRUCKER v. SECURITIES AND EXCHANGE COMMISSION ET AL. C. A. 2d Cir. Certiorari denied.

No. 80–6265. CHRISTIE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–6282. HARRINGTON v. JAGO, CORRECTIONAL SUPER-INTENDENT. C. A. 6th Cir. Certiorari denied.

No. 80–6284. HEIRENS v. MIZELL, WARDEN, ET AL. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 80–6288. PORTELA v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 80–6289. WEXLER v. LOWER MORELAND TOWNSHIP POLICE DEPARTMENT ET AL. C. A. 3d Cir. Certiorari denied.

No. 80–6295. LIGHTCSY v. SUMNER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 80–6296. KICKASOLA, ADMINISTRATRIX v. JIM WALLACE OIL CO., INC., ET AL. C. A. 5th Cir. Certiorari denied.